**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**SENTENCING HEARING**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | **COURT MINUTES** |
| | ) | |
| **Plaintiff,** | ) | BEFORE:    The Hon. Paul A. Magnuson |
| | ) | U.S. District Judge |
| **v.** | ) | |
| | ) | |
| **OSCAR BECERRA-RUIZ,** | ) | Case No:    24-cr-313(1) (PAM/DJF) |
| | ) | Date:    June 2, 2026 |
| **Defendant** | ) | Court Reporter:    Caitlin Nat |
| | ) | Courthouse:    St. Paul |
| | ) | Courtroom:    3B |
| | ) | Time Commenced:    1:55 p.m. |
| | ) | Time Concluded:    2:15 p.m. |
| | ) | Time in Court:    20 minutes |

**APPEARANCES:**

For Plaintiffs: Dane Brock, AUSA

For Defendants: Kevin DeVore, RET

**PROCEEDINGS:**

X Sentencing

**IT IS ORDERED**:

Defendant is sentenced to:

| Count No. | Plea | Probation |
|---|---|---|
| 1 | X | 3 years |

X  Defendant sentenced to pay:

    X  Special Assessment in the amount of $100.00.

    X  Fine in the amount of $2,500.00

X  See J&C for Special Conditions.

X  Remaining count dismissed on the motion of the United States.

Dated: June 2, 2026

s/Nikki Scherek
Courtroom Deputy
To The Hon. Paul A. Magnuson